AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|
| | McALLEN DIVISION | |

UNITED STATES OF AMERICA
V.
Denise Israel Garcia-Munoz

United States District Court
Southern District of Texas
FILED
FEB 02 2019
Clerk of Court

**CRIMINAL COMPLAINT**

Case Number:    M-19-0239-M

IAE    YOB: 1987
El Salvador
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____January 31, 2019_____ in ___Hidalgo___ County, in the ___Southern___ District of ___Texas___

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near Abram, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title ___8___ United States Code, Section(s) ___1326___ (Felony)

I further state that I am a(n) __Senior Patrol Agent__ and that this complaint is based on the following facts:

Denise Israel Garcia-Munoz was encountered by Border Patrol Agents near Abram, Texas on January 31, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on January 31, 2019, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on January 17, 2017 through Laredo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on February 02, 2019.

Continued on the attached sheet and made a part of this complaint:    ☐ Yes   ☒ No

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

February 2, 2019   @ 3:50 PM

J. Scott Hacker , U.S. Magistrate Judge
Name and Title of Judicial Officer

/S/ Miguel Valle
Signature of Complainant
Miguel Valle    Senior Patrol Agent

Signature of Judicial Officer